Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ANTHONY GEORGE ESTRADA

Jennifer Tarn
Marcelo N. Illarmo
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8924

Attorneys for Defendant
CAROLYN W. COLVIN,
ACTING COMMISSIONER
OF SOCIAL SECURITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE ESTRADA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.  1:14-CV-02098-BAM<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of time of 14 days to serve her confidential letter brief on the Defendant. Plaintiff's counsel respectfully requests this additional time due to a heavy workload despite due diligence in conjunction with moving and selling a personal residence of 19 years.  The new due date for Plaintiff's confidential letter brief will be on or before **August 5, 2015**.

                                            Respectfully submitted,

Dated: July 22, 2015                       NEWEL LAW

By:   /s/ *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      FRANK RUSSELL HARSHMAN

Dated: July 22, 2015                       BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

By:   /s/ Jennifer Tarn
      Jennifer Tarn
      Marcelo N. Illarmo
      *\* By email authorization on July 22, 2015*
      Attorney for Defendant
      CAROLYN W. COLVIN,
      ACTING COMMISSIONER
      OF SOCIAL SECURITY

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, up to and including August 5, 2015, in which to serve the confidential letter brief on Defendant. All other deadlines set forth in the January 8, 2015 Case Management Order are modified accordingly.

IT IS SO ORDERED.

Dated: **July 23, 2015**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE