Melissa Newel (#148563)
NEWEL LAW
827 Broadway, Suite 205
Oakland, CA  94607
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
ANTHONY GEORGE ESTRADA

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8955
marcelo.illarmo@sssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE ESTRADA,<br><br>           Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:14-CV-02098-BAM<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

with the approval of the Court, that Plaintiff shall have a thirty (30) day extension of time within

which to serve and file his Opening Brief in this matter. Counsel for Plaintiff respectfully requests

this additional time due to a serious illness in her family, and the government has no objection. The new date for Plaintiff's Opening Brief shall be on or before **November 9, 2015**. All corresponding briefing deadlines are extended accordingly.

Respectfully submitted,

Dated: October 8, 2015                NEWEL LAW

By: *Melissa Newel*
Melissa Newel
Attorney for Plaintiff
ANTHONY GEORGE ESTRADA

Dated: October 8, 2015                BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: Marcelo Illarmo*
Marcelo Illarmo
(*authorized by email dated 10/8/*2015)
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including **November 9, 2015**, to serve and file his Opening Brief. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 19, 2015**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE