BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE ESTRADA,<br><br>    Plaintiff,<br><br>    v.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-2098-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from December 9, 2015 to January 8, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload, including 12 district court briefs and one Ninth Circuit brief due in the next 30 days..

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                          Respectfully submitted,

Dated:  December 3, 2015                 /s/   Melissa Newel
                                                          (*as authorized via e-mail on December 2, 2015)
                                                          MELISSA NEWEL
                                                          Attorney for Plaintiff

Dated:  December 3, 2015                 BENJAMIN B. WAGNER
                                                          United States Attorney
                                                          DEBORAH LEE STACHEL
                                                          Acting Regional Chief Counsel, Region IX
                                                          Social Security Administration

                                       By:       /s/ Marcelo Illarmo
                                                          MARCELO ILLARMO
                                                          Special Assistant United States Attorney

                                                          Attorneys for Defendant

### **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to an including January 8, 2016, in which to file Defendant's response to Plaintiff's opening brief.  The remaining deadlines in the Court's Scheduling Order shall be modified accordingly.
IT IS SO ORDERED.

Dated:  **December 3, 2015**                 /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE