BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GEORGE ESTRADA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-2098-BAM<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from January 8, 2016 to February 8, 2016.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload, including 14 district court briefs and one Ninth Circuit brief due in the next 30 days..

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                  Respectfully submitted,

Dated:  December 30, 2015        */s/   Melissa Newel*
                                             (*as authorized via e-mail on December 30, 2015)
                                             MELISSA NEWEL
                                             Attorney for Plaintiff

Dated:  December 30, 2015        BENJAMIN B. WAGNER
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                   By:     */s/ Marcelo Illarmo*
                                             MARCELO ILLARMO
                                             Special Assistant United States Attorney

                                             Attorneys for Defendant

## **ORDER**

    Based upon the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that at Defendant shall have an extension of time, to an including **February 8, 2016**, in which to file Defendant's response to Plaintiff's Opening Brief.  All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

    Dated:  **January 5, 2016**                /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE